# EXHIBIT A



Birch
Stewart
Kolasch
Birch LLP

Robert J. Kenney
(703) 205-8025

Via E-Mail (info@omegarv.com)  
and Federal Express

May 4, 2016

Mr. Bradley B. Dillon  
Omega RV, LLC  
710 West Simplot Blvd.  
Caldwell, ID 83605

Re:  Infringement of WEEKEND WARRIOR Trademark  
     Our Ref.: 6545-0104L

Dear Mr. Dillon:

Our firm represents Mr. Claude Donati and The RV Factory, LLC in intellectual property matters. Mr. Donati, through his licensees including The RV Factory, LLC, has acquired trademark rights in the mark WEEKEND WARRIOR for use with recreational vehicles, including but not limited to toy haulers. Mr. Donati also owns US trademark application serial no. 85/905,871 for the WEEKEND WARRIOR mark for use with:

> Campers; Combination camping recreational vehicle and horse trailer; Recreational vehicles, namely, campers; Recreational vehicles, namely, fifth wheel trailers; Recreational vehicles, namely, fifth wheels; Recreational vehicles, namely, motor homes; Recreational vehicles, namely, park trailers; Recreational vehicles, namely, towable trailers; Recreational vehicles, namely, toy haulers; Recreational vehicles, namely, travel trailers; Recreational vehicles, namely, truck campers.

A Notice of Allowance issued for the application on April 19, 2016.

It has come to our attention recently that Omega RV, LLC is using WEEKEND WARRIOR in connection with toy haulers offered through the website found at http://weekendwarriorrv.com. Because the parties' goods are the same, as are the marks, Omega RV's use of WEEKEND WARRIOR and weekendwarriorrv.com is likely to confuse consumers as to the source or origin of the parties' goods or as to whether one party is affiliated with or sponsored or endorsed by the other.

Omega RV's use of WEEKEND WARRIOR and weekendwarriorrv.com is without authorization or consent and infringes Mr. Donati's trademark rights in the WEEKEND

Omega RV, LLC
May 4, 2016
Page 2

WARRIOR mark. It also violates federal and state unfair competition laws, and may subject you to treble damages, attorneys' fees, and an injunction.

In view of your infringing conduct and on behalf of Mr. Donati, we demand that you immediately:

1. Cease and desist using any and all marks or names containing WEEKEND WARRIOR or marks confusingly similar thereto.
2. Withdraw from the market all materials, advertisements, and publicity containing WEEKEND WARRIOR.
3. Within fifteen (15) calendar days of the date of this letter, deliver to Mr. Donati all brochures and print advertisements containing WEEKEND WARRIOR, or confirm their destruction in writing.
4. Disclose within fifteen (15) calendar days from the date of this letter the gross revenues generated from the sale of goods promoted using WEEKEND WARRIOR.
5. Agree to transfer to Mr. Donati the domain name weekendwarriorrv.com.

We request that you confirm in writing by May 6, 2016, your assent to the demands set forth above. We look forward to your prompt reply.

Very truly yours,
BIRCH, STEWART, KOLASCH & BIRCH, LLP

Robert J. Kenney