UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| OMEGA RV, LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:17-cv-361 |
| | ) | |
| v. | ) | |
| | ) | |
| THE RV FACTORY, LLC, and | ) | |
| CLAUDE DONATI, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants filed a notice of settlement on January 28, 2019. [DE 52.] Following several status reports and extensions for filing dismissal papers, on September 30, 2019, I ordered the parties to file a notice of stipulation of dismissal by December 29, 2019. [DE 60.] No such stipulation of dismissal was ever filed.

On April 15, 2020, I ordered Plaintiff Omega RV, LLC to file a Stipulation of Dismissal within 30 days, or otherwise apprise the Court of the status of this case and I warned Omega if it failed to do so, the matter would be dismissed for failure to prosecute. [DE 61.] Omega failed to file a stipulation of dismissal or any response to my order.

Consequently, this matter is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on May 18, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT