# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

OMEGA RV, LLC,

      Plaintiff,

v.                                        Civil Action No. 3:17-cv-00361

THE RV FACTORY LLC, *a limited liability company*,
CLAUDE DONATI,

      Defendants,

v.

CLAUDE DONATI,
THE RV FACTORY LLC, *a limited liability company*,

      Counter Claimants,

v.

OMEGA RV, LLC,

      Counter Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: <u>This matter is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge_____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE:  May 19, 2020                               ROBERT N. TRGOVICH, CLERK OF COURT

                                                  By: <u>s/ L. Higgins-Conrad</u>
                                                      *Signature of Deputy Clerk*